FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ FEB 1 0 2012 ★

LONG ISLAND OFFICE

D/F

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HILDA SOLIS, Secretary of Labor,
United States Department of Labor,

                           Plaintiff,

v.

NAPW, INC., a Corporation,
dba National Association of Professional Women; and
MATTHEW PROMAN, Individually and as President

                           Defendants.
----------------------------------------------------------------X

Civil Action File

No. 12-CV-568

CONSENT JUDGMENT

(SJF, ETB)

Plaintiff, the Secretary of Labor, has filed her Complaint and defendant NAPW, INC. d/b/a National Association of Professional Women and Matthew Proman, individually and as President, appeared by Counsel, waive their answer, and agree to the entry of this judgment without contest. By executing this Consent Judgment, defendants waive formal service of process of the summons and complaint in this matter.

Defendants acknowledge their responsibilities pursuant to this agreement, and acknowledge that they will be subject to sanctions in contempt of this court if they fail to comply with the provisions of this Judgment. It is, therefore, upon motion of the attorneys for plaintiff and for cause shown ORDERED that:

I. Defendants, their officers, employees, agents, and all persons acting or claiming to act in the defendants' behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the Act), in any of the following manners:

(1) Defendants shall pay employees who in any workweek are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the

production of goods for commerce, within the meaning of the Act, at time and one-half their regular hourly rates for all hours worked over 40 per week, and shall not, contrary to Section 7 of the Act, employ any of their employees in any workweek for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a) (2) of the Act, unless the employee receives compensation in compliance with the Act.

(2) Defendants shall make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the Regulations issued pursuant to Section 11(c) of the Act and found at 29 CFR Part 516.

II. Defendants NAPW, INC. d/b/a National Association of Professional Women and Matthew in Proman Individually and as President, are enjoined and restrained from withholding the payment of the gross total of **$61,109.32 ($60,931.60** in gross overtime compensation plus post-judgment interest the amount of **$177.72** certain employees listed on Exhibit A). Payment of the net amount (the gross total minus the deductions as set forth in Exhibit C) will be made in monthly installments in accordance with the amounts and due dates set forth in Exhibit B. All installment payments shall be in separate cashier or certified checks made payable to **"Wage and Hour Division - Labor"** with **"Case No. 1581852" written on the face of each check.** The checks shall be sent to:

**U.S. Department of Labor/Wage & Hour Division
The Curtis Center, Suite 850, West
170 S. Independence Mall West
Philadelphia, PA 19106-3317**

III. On or before the dates indicated on Exhibit B, defendants shall send a copy of each of the checks to:

**U.S. Department of Labor/Wage & Hour Division
1400 Old Country Road, Suite 410
Westbury, New York 11590-5119
Attn: Richard Mormile, Assistant Director**

IV. Neither defendants nor anyone acting on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid as back wages under this Judgment.

V. The plaintiff shall deliver the net proceeds of each check, which are less any legal deductions pursuant to Exhibit C, to the employees named on Exhibit C. Any sums not distributed to the employees or to their personal representatives, because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited with the Clerk of this Court who shall forthwith deposit such money with the Treasurer of the United States pursuant to 28 U.S.C. §2041 and §2042.

VI. The amounts listed on Exhibit A attached hereto reflect gross amounts of wages due for the individuals listed. The amounts set forth on Exhibit C in the column entitled "Net Check" are the amounts that defendants shall remit to plaintiff as set forth in Paragraph II above. It is understood and agreed that defendants shall be in compliance with this Consent Judgment so long as the Net Check amounts are timely paid to plaintiff in accordance with the payment sschedule set forth in Exhibit B. It is further understood and agreed that any arrangements regarding payments of withholding taxes/deductions shall be made between defendants and any governmental taxing authority.

VII. Defendants shall provide to plaintiff the social security numbers and last known addresses of the defendants' employees and former employees to be paid under this judgment.

VIII. If the defendants fail to make an installment payment on Exhibit B without making up the arrearage within two (2) weeks after written notice to defendants is received the entire balance shall become due and payable immediately.

IX. Defendants shall place FLSA posters in English and in any other language spoken by the employees. These posters will be provided by the Wage and Hour Division as available. Defendants shall display the posters where employees may view them.

X. Neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of defendant not listed in Exhibit A of this Judgment, be they current or former employees, to file any action against defendant under section 16(b) of the Act or likewise for any current or former

employee listed on Exhibit A of this Judgment to file any action against defendant under section 16(b) of the Act for any violations alleged to have occurred after **March 31, 2011.**

XI. Each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

**SO ORDERED:**

DATED: February 10, 2012
Central Islip, NY

UNITED STATES DISTRICT JUDGE

Defendants have appeared by counsel and
Consent to the entry of this Judgment.

**NAPW, INC.**

BY: _____
Matthew Proman, Individually and as President

Approved as to Form:
RUSKIN MOSCOU FALTISCHEK, P.C.

BY: _____
Kimberly Malerba, Esq.
1425 RXR Plaza
East Tower, 15th Fl
Uniondale, NY 11556
Attorneys for Defendants

STATE OF NEW YORK    )
                     :SS:
COUNTY OF NASSAU     )

On the 26th day of January 2012 before me personally appeared Matthew Proman to me known and known to me to be the individual described in and who executed the foregoing instrument and he duly acknowledged to me that he executed the same.

*Julie Whicher*
NOTARY PUBLIC

> JULIE M WHICHER
> Notary Public, State of New York
> Registration #01WH6251217
> Qualified in Nassau County
> Commission Expires Nov. 14, 2015

## EXHIBIT A

*NAPW, INC.*
*Case ID 1581852*

| First Name | Last Name | BW's Due | Interest | Total Payment |
|---|---|---|---|---|
| Adriana | Agoglitta | $55.80 | $0.05 | $55.85 |
| Adriana | Grubessi | $92.70 | $0.46 | $93.16 |
| Adrienne | Pasquale | $39.20 | $0.16 | $39.36 |
| Agnes | Javier | $75.70 | $0.06 | $75.76 |
| Alanna | Troy | $143.30 | $0.72 | $144.02 |
| Altina | Jeffries | $22.20 | $0.07 | $22.27 |
| Alyce | Shuster | $139.70 | $0.23 | $139.93 |
| Alyssia | Perry | $262.00 | $1.09 | $263.09 |
| Amy | Fornabaio | $94.20 | $0.47 | $94.67 |
| Andrea | Galloway | $100.60 | $0.25 | $100.85 |
| Audrey | Myrie | $285.60 | $0.71 | $286.31 |
| Barbara | Stein | $336.60 | $1.68 | $338.28 |
| Bernadette | Falsitta | $60.40 | $0.30 | $60.70 |
| Bette | Anne Healy | $569.30 | $2.85 | $572.15 |
| Brianna | Barrera | $235.30 | $0.98 | $236.28 |
| Brittany | Green | $48.50 | $0.12 | $48.62 |
| Carisa | Joseph | $70.20 | $0.35 | $70.55 |
| Caryn | Jenkins | $70.00 | $0.23 | $70.23 |
| Christine | Handley | $1,406.40 | $3.52 | $1,409.92 |
| Christine | Schreiber | $31.10 | $0.16 | $31.26 |
| Constance | Francis | $43.00 | $0.14 | $43.14 |
| Courtni | Speicher | $24.70 | $0.08 | $24.78 |
| Cyndi | Bethancourth | $349.40 | $0.29 | $349.69 |
| Cynthie | Tuitt | $303.50 | $1.26 | $304.76 |
| Dachka | Fidele | $56.90 | $0.28 | $57.18 |
| Dana | D'Aguino | $62.00 | $0.31 | $62.31 |
| Danielle | Acosta | $21.60 | $0.07 | $21.67 |
| Daria | Fey | $832.90 | $1.78 | $834.68 |
| Deborah | Bayne | $2,413.90 | $2.01 | $2,415.91 |
| Deborah | Rodriguez | $646.50 | $1.08 | $647.58 |
| Demetra | Tsimicalis | $347.10 | $1.74 | $348.84 |
| Diana | Felcher | $96.50 | $0.48 | $96.98 |
| Diane | Saltiel | $95.00 | $0.16 | $95.16 |
| Diane | Vartelas | $24.00 | $0.06 | $24.06 |

| First Name | Last Name | BW's Due | Interest | Total Payment |
|---|---|---|---|---|
| Diann | Forquignon | $27.40 | $0.02 | $27.42 |
| Dina | Sacco | $182.00 | $0.61 | $182.61 |
| Donna | Giacomaro | $507.90 | $2.54 | $510.44 |
| Donnella | Walker | $167.10 | $0.70 | $167.80 |
| Dorothy | Losquadro | $273.30 | $1.37 | $274.67 |
| Dorothy | Sougstad | $102.80 | $0.17 | $102.97 |
| Edward | Gordon | $65.80 | $0.22 | $66.02 |
| Elizabeth | Dull | $47.60 | $0.04 | $47.64 |
| Elizabeth | Lee | $403.90 | $2.02 | $405.92 |
| Emily | Silvia | $245.00 | $0.41 | $245.41 |
| Erin | O'Leary | $152.70 | $0.76 | $153.46 |
| Evamarie | Kowalsky | $1,934.30 | $4.84 | $1,939.14 |
| Evangelina | Dimacopoulos | $339.10 | $0.28 | $339.38 |
| Fallon | Mulerman | $33.30 | $0.17 | $33.47 |
| Filomena | Sambat | $35.90 | $0.12 | $36.02 |
| Gail | Goldstein | $149.50 | $0.50 | $150.00 |
| Georgia | Nikolaros | $1,173.80 | $2.93 | $1,176.73 |
| Glenda | Gonzalez | $511.00 | $2.13 | $513.13 |
| Gloria | Gordon | $38.60 | $0.13 | $38.73 |
| Habiba | Seby | $27.70 | $0.12 | $27.82 |
| Ilze | Pelkaus | $324.30 | $1.62 | $325.92 |
| Jamie | Fallows | $50.70 | $0.08 | $50.78 |
| Jana | Schwartz | $949.30 | $1.58 | $950.88 |
| Jane | Reesman | $51.40 | $0.26 | $51.66 |
| Janet | Ninatanta | $24.00 | $0.06 | $24.06 |
| Janice | Conway | $120.10 | $0.50 | $120.60 |
| Janine | Perrone | $143.70 | $0.72 | $144.42 |
| Jeanette | Franzino | $90.30 | $0.45 | $90.75 |
| Jeanne | Zacardo | $67.40 | $0.22 | $67.62 |
| Jennifer | Mayberry | $658.70 | $2.20 | $660.90 |
| Jennifer | Rivera | $1,442.20 | $3.61 | $1,445.81 |
| Jennifer | Simmons | $77.70 | $0.26 | $77.96 |
| Jessica | Byington | $438.00 | $0.36 | $438.36 |
| Jessica | Leftenant | $168.70 | $0.70 | $169.40 |
| Jessica | Moreno | $139.70 | $0.58 | $140.28 |
| Joan | Giarmo | $67.50 | $0.34 | $67.84 |
| Joanne | Etienne | $35.90 | $0.09 | $35.99 |
| Juliana | Alves | $155.30 | $0.78 | $156.08 |
| Karen | Dublar | $2,760.40 | $9.20 | $2,769.60 |
| Karen | Laurence | $408.40 | $1.02 | $409.42 |

| First Name | Last Name | BW's Due | Interest | Total Payment |
|---|---|---|---|---|
| Karen | Slusser | $463.70 | $0.77 | $464.47 |
| Kasey | Hughes | $217.60 | $1.09 | $218.69 |
| Katheryne | Parvis | $62.70 | $0.10 | $62.80 |
| Katie | Maloney | $1,829.80 | $2.05 | $1,831.85 |
| Katlan | Walker | $25.60 | $0.13 | $25.73 |
| Kelly | Guarino | $95.70 | $0.32 | $96.02 |
| Kelly-Jo | Silwany | $153.50 | $0.26 | $153.76 |
| Kimberly | Smith | $465.20 | $0.78 | $465.98 |
| Kristen | Basden | $60.60 | $0.30 | $60.90 |
| Kristin | Noone | $1,864.30 | $7.77 | $1,872.07 |
| Lacole | Whitfield | $370.40 | $1.85 | $372.25 |
| Lashuna | Roberson | $29.10 | $0.15 | $29.25 |
| Laura | Maurantonio | $248.00 | $1.03 | $249.03 |
| Leslie | Gonzalez | $112.90 | $0.47 | $113.37 |
| Letha | Francis | $292.50 | $1.46 | $293.96 |
| Linda | Bystock | $227.00 | $0.95 | $227.95 |
| Linda | Docyk | $1,460.70 | $5.77 | $1,466.47 |
| Linda | Sharek | $3,198.80 | $5.33 | $3,204.13 |
| Lindsay | Horowitz | $235.60 | $0.20 | $235.80 |
| Lindsay | Ortuno | $119.70 | $0.20 | $119.90 |
| Lisa | Delisi | $2,956.80 | $2.46 | $2,959.26 |
| Lorane | VanSluytman | $402.60 | $0.67 | $403.27 |
| Lorraine | Peragine | $71.60 | $0.30 | $71.90 |
| Louise | Guttman | $549.80 | $2.29 | $552.09 |
| Maggie | Baryk | $247.40 | $0.62 | $248.02 |
| Marcia | Davis | $530.10 | $2.65 | $532.75 |
| Margaret | Korsak | $110.10 | $0.55 | $110.65 |
| Margaret | Prichinello | $604.60 | $1.01 | $605.61 |
| Margarita | Tamayo | $764.50 | $3.82 | $768.32 |
| Maria | Brooks | $26.40 | $0.09 | $26.49 |
| Maria | Casal | $296.70 | $0.99 | $297.69 |
| Marie | Monteleone | $193.60 | $0.97 | $194.57 |
| Marilynn | Elie | $119.20 | $0.50 | $119.70 |
| Marina | Agonia | $47.40 | $0.24 | $47.64 |
| Marisa | Mittelman | $61.90 | $0.31 | $62.21 |
| Marisa | Picitelli | $1,293.20 | $4.31 | $1,297.51 |
| Marissa | Smith | $53.90 | $0.27 | $54.17 |
| Mary | Leck | $65.00 | $0.33 | $65.33 |
| Mary | Maclin | $40.90 | $0.10 | $41.00 |
| Mary | Santana | $91.80 | $0.46 | $92.26 |

9

| First Name | Last Name | BW's Due | Interest | Total Payment |
|---|---|---|---|---|
| Mary | Spinelli | $196.10 | $0.33 | $196.43 |
| Maureen | Curley | $149.00 | $0.75 | $149.75 |
| Megan | Capece | $531.00 | $2.21 | $533.21 |
| Melanie | Farris | $279.60 | $1.16 | $280.76 |
| Michelle | DeVito | $50.40 | $0.25 | $50.65 |
| Monique | McCabe | $48.60 | $0.12 | $48.72 |
| Mykal | White | $89.40 | $0.45 | $89.85 |
| Nadine | Picault | $52.00 | $0.22 | $52.22 |
| nancy | mossa | $243.00 | $0.40 | $243.40 |
| Natacha | Aurelien | $222.40 | $0.56 | $222.96 |
| Natalie | Lamour | $54.30 | $0.27 | $54.57 |
| Nicole | Slater | $283.10 | $0.47 | $283.57 |
| Nikki | Nadeau | $850.10 | $2.13 | $852.23 |
| Oliver | Green | $244.50 | $0.81 | $245.31 |
| Patricia | Bartolotti | $721.40 | $0.60 | $722.00 |
| Patricia | Casabona | $266.50 | $1.11 | $267.61 |
| Patricia | Toscano | $507.70 | $2.12 | $509.82 |
| Pauline | Adala | $67.80 | $0.28 | $68.08 |
| Randee | Stern | $295.10 | $1.48 | $296.58 |
| Renee | Gofberg | $95.10 | $0.40 | $95.50 |
| Richelle | Atkins | $592.60 | $1.98 | $594.58 |
| Robin | Perdiz | $20.70 | $0.09 | $20.79 |
| Robin | Shapiro | $380.00 | $1.58 | $381.58 |
| Robyn | Manetta | $1,158.30 | $3.86 | $1,162.16 |
| Rose | Costantino | $329.30 | $0.82 | $330.12 |
| Rosemarie | Govan | $226.80 | $1.13 | $227.93 |
| Sabrina | Salzone | $111.40 | $0.56 | $111.96 |
| Sabrina | Santangelo | $128.80 | $0.43 | $129.23 |
| Samantha | Pokorny | $21.60 | $0.11 | $21.71 |
| Samantha | Poupis | $67.40 | $0.28 | $67.68 |
| Sandra | Laurens | $29.10 | $0.15 | $29.25 |
| Scarlett | Morrongiello | $33.80 | $0.17 | $33.97 |
| Sharyn | Vetter | $1,421.30 | $4.74 | $1,426.04 |
| Sheila | Colon | $41.70 | $0.21 | $41.91 |
| Shelley | Zucker | $21.50 | $0.11 | $21.61 |
| Stacey | Brown | $264.70 | $0.22 | $264.92 |
| Stacy | Von Elm | $1,305.30 | $5.86 | $1,311.16 |
| Stacy-Anne | Scarlett | $250.10 | $0.42 | $250.52 |
| Stefanie | Litke | $40.30 | $0.03 | $40.33 |
| Stephanie | Bakongo | $100.20 | $0.25 | $100.45 |

10

| First Name | Last Name | BW's Due | Interest | Total Payment |
|---|---|---|---|---|
| Stephanie | Jackson | $819.00 | $0.68 | $819.68 |
| Suszet | Roberts | $379.40 | $1.90 | $381.30 |
| Tamara | Gayle | $32.60 | $0.14 | $32.74 |
| Tanya | Parris | $30.60 | $0.15 | $30.75 |
| Tara | Gustafson | $535.20 | $2.23 | $537.43 |
| Tara | Jones | $397.40 | $0.99 | $398.39 |
| Tasha | Ramdayal | $499.40 | $1.25 | $500.65 |
| Teresa | Votto | $264.70 | $1.10 | $265.80 |
| Tina | Hollenstein | $77.00 | $0.06 | $77.06 |
| Tinamarie | Curran | $24.20 | $0.08 | $24.28 |
| Tonya | Palumbo | $694.30 | $3.47 | $697.77 |
| Valerie | John | $58.00 | $0.05 | $58.05 |
| Valerie | Mayer | $28.00 | $0.09 | $28.09 |
| Vanessa | Dossous | $41.00 | $0.10 | $41.10 |
| Vanessa | Edwards | $35.50 | $0.18 | $35.68 |
| Victoria | Han | $67.20 | $0.34 | $67.54 |
| Victoria | Mann | $211.90 | $0.35 | $212.25 |
| Virginia | Caramanica | $46.40 | $0.04 | $46.44 |
| Vivian | Anugo | $244.70 | $1.22 | $245.92 |
| Yolanda | Pastore | $269.90 | $0.45 | $270.35 |
| Zoraida | Torres | $274.10 | $0.90 | $275.00 |
| | **Total Due:** | **$60,931.60** | **$177.72** | **$61,109.32** |

**EXHIBIT A**

## EXHIBIT B

*NAPW, INC.*
*Case ID 1581852*

| Payment No. | Date Due | Gross Amount | Net Check | Interest Due | Total Due |
|---|---|---|---|---|---|
| 1 | 02/01/2012 | $10,155.27 | $8,014.86 | $8.97 | $8,023.83 |
| 2 | 03/01/2012 | $10,155.27 | $8,014.86 | $17.17 | $8,032.03 |
| 3 | 04/01/2012 | $10,155.27 | $8,014.86 | $25.23 | $8,040.09 |
| 4 | 05/01/2012 | $10,155.27 | $8,014.86 | $36.83 | $8,051.69 |
| 5 | 06/01/2012 | $10,155.27 | $8,014.86 | $40.79 | $8,055.65 |
| 6 | 07/01/2012 | $10,155.27 | $8,014.86 | $48.73 | $8,063.59 |
|   | Totals: | $60,931.60 | $48,089.16 | $177.72 | $48,266.88 |

Exhibit C

Exhibit C

| Employee Name | Gross Amount | Net Amount |
|---|---|---|
| Adriana Agoglitta | $55.80 | $50.83 |
| Adriana Grubessi | $92.70 | $81.78 |
| Adrienne Pasquale | $39.20 | $36.78 |
| Agnes Javier | $75.70 | $71.04 |
| Alanna Troy | $143.30 | $134.23 |
| Altina Jeffries | $22.20 | $20.84 |
| Alyce Shuster | $139.70 | $130.98 |
| Alyssia Perry | $262.00 | $241.49 |
| Amy Fornabaio | $94.20 | $88.40 |
| Andrea Galloway | $100.60 | $88.39 |
| Audrey Myrie | $285.60 | $244.86 |
| Barbara Stein | $336.60 | $283.05 |
| Bernadette Falsitta | $60.40 | $56.68 |
| Elizabeth Healy | $569.30 | $501.09 |
| Brianna Barrera | $235.30 | $196.30 |
| Brittany Green | $48.50 | $44.71 |
| Carisa Joseph | $70.20 | $65.88 |
| Caryn Jenkins | $70.00 | $62.73 |
| Christine Handley | $1,406.40 | $979.84 |
| Christine Schreiber | $31.10 | $29.18 |
| Constance Francis | $43.00 | $40.35 |
| Courtni Speicher | $24.70 | $23.18 |
| Cyndi Bethancourth | $349.40 | $303.28 |
| Cynthie Tuitt | $303.50 | $266.82 |
| Dachka Fidele | $56.90 | $53.40 |
| Dana D'Aguino | $62.00 | $56.03 |
| Danielle Acosta | $21.60 | $20.27 |
| Daria Fey | $832.90 | $687.67 |
| Deborah Bayne | $2,413.90 | 1,640.20 |
| Deborah Rodriguez | $646.50 | $534.75 |
| Demetra Tsimicalis | $347.10 | $280.24 |
| Diana Felcher | $96.50 | $84.96 |
| Diane Saltiel | $95.00 | $89.15 |

Exhibit C

| Name | | |
|---|---:|---:|
| Diane Vartelas | $24.00 | $22.52 |
| Diann Forquignon | $27.40 | $25.71 |
| Dina Sacco | $182.00 | $155.05 |
| Donna Giacomaro | $507.90 | $419.93 |
| Donnella Walker | $167.10 | $155.74 |
| Dorothy Losquadro | $273.30 | $235.51 |
| Dorothy Sougstad | $102.80 | $96.48 |
| Edward Gordon | $65.80 | $61.76 |
| Elizabeth Dull | $47.60 | $44.67 |
| Elizabeth Lee | $403.90 | $333.48 |
| Emily Silvia | $245.00 | $220.38 |
| Erin O'Leary | $152.70 | $142.74 |
| Evamarie Kowalsky | $1,934.30 | $1,308.76 |
| Evangelina Dimacopoulos | $339.10 | $285.55 |
| Fallon Mulerman | $33.30 | $31.25 |
| Filomena Sambat | $35.90 | $33.69 |
| Gail Goldstein | $149.50 | $139.84 |
| Georgia Nikolaros | $1,173.80 | $857.42 |
| Glenda Gonzalez | $511.00 | $426.73 |
| Gloria Gordon | $38.60 | $36.23 |
| Habiba Seby | $27.70 | $26.00 |
| Ilze Pelkaus | $324.30 | $280.74 |
| Jamie Fallows | $50.70 | $47.58 |
| Jana Schwartz | $949.30 | $697.95 |
| Jane Reeseman | $51.40 | $47.22 |
| Janet Ninatanta | $24.00 | $22.52 |
| Janice Conway | $120.10 | $112.72 |
| Janine Perrone | $143.70 | $131.67 |
| Jeanette Franzino | $90.30 | $84.75 |
| Jeanne Zagardo | $67.40 | $60.64 |
| Jennifer Mayberry | $658.70 | $572.08 |
| Jennifer Rivera | $1,442.20 | $1,007.98 |
| Jennifer Simmons | $77.70 | $72.92 |
| Jessica Byington | $438.00 | $347.57 |

Exhibit C

| Name | | |
|---|---|---|
| Jessica Leftenant | $168.70 | $157.18 |
| Jessica Moreno | $139.70 | $130.98 |
| Joan Giarmo | $67.50 | $63.34 |
| Joanne Etienne | $35.90 | $33.69 |
| Juliana Alves | $155.30 | $133.68 |
| Karen Dublar | $2,760.40 | $1,927.85 |
| Karen Laurence | $408.40 | $366.06 |
| Karen Slusser | $463.70 | $421.44 |
| Kasey Hughes | $217.60 | $183.29 |
| Katheryne Parvis | $62.70 | $56.71 |
| Katherine Maloney | $1,829.80 | $1,247.02 |
| Katlan Walker | $25.60 | $24.02 |
| Kelly Guarino | $95.70 | $89.81 |
| Kelly-Jo Silwany | $153.50 | $132.23 |
| Kimberly Smith | $465.20 | $391.82 |
| Kristen Basden | $60.60 | $56.87 |
| Kristin Noone | $1,864.30 | $1,267.62 |
| Lacome Whitfield | $370.40 | $308.79 |
| Lashuna Roberson | $29.10 | $27.31 |
| Laura Maurantonio | $248.00 | $206.20 |
| Leslie Gonzalez | $112.90 | $98.80 |
| Letha Francis | $292.50 | $258.51 |
| Linda Bystock | $227.00 | $209.87 |
| Linda Docyk | $1,460.70 | $1,160.67 |
| Linda Sharek | $3,198.80 | $2,189.18 |
| Lindsay Horowitz | $235.60 | $196.85 |
| Lindsay Ortuno | $119.70 | $111.80 |
| Lisa Delisi | $2,956.80 | $1,925.65 |
| Lorane VanSluytman | $402.60 | $367.39 |
| Lorraine Peragine | $71.60 | $67.19 |
| Louise Guttman | $549.80 | $455.06 |
| Maggie Baryk | $247.40 | $219.13 |
| Marcia Davis | $530.10 | $467.77 |
| Margaret Korsak | $110.10 | $103.33 |

Exhibit C

| Name | | |
|---|---|---|
| Margaret Prichinello | $604.60 | $495.00 |
| Margarita Tamayo | $764.50 | $596.99 |
| Maria Brooks | $26.40 | $24.78 |
| Maria Casal | $296.70 | $272.79 |
| Marie Monteleone | $193.60 | $171.76 |
| Marilynn Elie | $119.20 | $111.86 |
| Marina Agonia | $47.40 | $44.48 |
| Marisa Mittelman | $61.90 | $58.09 |
| Marisa Picitelli | $1,293.20 | $1,018.92 |
| Marissa Smith | $53.90 | $50.59 |
| Mary Leck | $65.00 | $61.00 |
| Mary Maclin | $40.90 | $38.39 |
| Mary Santana | $91.80 | $86.15 |
| Mary Spinelli | $196.10 | $181.08 |
| Maureen Curley | $149.00 | $139.39 |
| Megan Capece | $531.00 | $415.82 |
| Melanie Farris | $279.60 | $257.39 |
| Michelle DeVito | $50.40 | $46.39 |
| Monique McCabe | $48.60 | $45.62 |
| Mykal White | $89.40 | $83.90 |
| Nadine Picault | $52.00 | $48.81 |
| Nancy Mossa | $243.00 | $224.32 |
| Natacha Aurelien | $222.40 | $205.71 |
| Natalie Lamour | $54.30 | $50.96 |
| Nicole Slater | $283.10 | $243.61 |
| Nicole Nadeau | $850.10 | $653.82 |
| Oliver Green | $244.50 | $212.66 |
| Patricia Bartolotti | $721.40 | $565.58 |
| Patricia Casabona | $266.50 | $237.66 |
| Patricia Toscano | $507.70 | $409.73 |
| Pauline Adala | $67.80 | $63.63 |
| Randee Stern | $295.10 | $271.36 |
| Renee Gofberg | $95.10 | $83.87 |
| Richelle Atkins | $592.60 | $493.61 |

Exhibit C

| Name | | |
|---|---|---|
| Robin Perdiz | $20.70 | $19.43 |
| Robin Shapiro | $380.00 | $335.44 |
| Robyn Manetta | $1,158.30 | $847.67 |
| Rose Costantino | $329.30 | $302.09 |
| Rosemarie Govan | $226.80 | $205.74 |
| Sabrina Salzone | $111.40 | $97.53 |
| Sabrina Santangelo | $128.80 | $112.17 |
| Samantha Pokorny | $21.60 | $20.27 |
| Samantha Poupis | $67.40 | $63.25 |
| Sandra Laurens | $29.10 | $27.31 |
| Scarlett Morrongiello | $33.80 | $31.72 |
| Sharyn Vetter | $1,421.30 | $1,013.10 |
| Sheila Colon | $41.70 | $39.10 |
| Shelley Zucker | $21.50 | $20.18 |
| Stacey Brown | $264.70 | $236.20 |
| Stacy Von Elm | $1,305.30 | $1,027.73 |
| Stacy-Anne Scarlett | $250.10 | $207.78 |
| Stephanie Litke | $40.30 | $37.83 |
| Stephanie Bakongo | $100.20 | $88.15 |
| Stephanie Jackson | $819.00 | $634.24 |
| Suszet Roberts | $379.40 | $304.51 |
| Tamara Gayle | $32.60 | $30.60 |
| Tanya Parris | $30.60 | $28.72 |
| Tara Gustafson | $535.20 | $429.84 |
| Tara Jones | $397.40 | $362.80 |
| Tasha Ramdayal | $499.40 | $443.75 |
| Teresa Votto | $264.70 | $228.89 |
| Tina Hollenstein | $77.00 | $72.26 |
| Tinamarie Curran | $24.20 | $22.71 |
| Tonya Palumbo | $694.30 | $607.13 |
| Valerie John | $58.00 | $54.43 |
| Valerie Mayer | $28.00 | $26.27 |
| Vanessa Dossous | $41.00 | $38.48 |
| Vanessa Edwards | $35.50 | $33.32 |

Exhibit C

| | | |
|---|---:|---:|
| Victoria Han | $67.20 | $63.07 |
| Victoria Mann | $211.90 | $186.47 |
| Virginia Caramanica | $46.40 | $43.04 |
| Vivian Anugo | $244.70 | $212.82 |
| Yolanda Pastore | $269.90 | $222.70 |
| Zoraida Torres | $274.10 | $252.42 |
| **Total Due:** | $60,931.60 | $48,089.15 |